

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Dudley Construction, LTD., Richard Mark Dudley, and Hartford Fire Insurance Company, Appellants

No. 06-15-00045-CV      v.

ACT Pipe & Supply, Inc., Appellee

Appeal from the 361st District Court of Brazos County, Texas (Tr. Ct. No. 12-000281-CV-361). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we reverse that portion of the trial court's judgment that ACT recover on its sworn account claim on the Tabor Project, and render judgment that ACT take nothing on that claim.

That portion of the trial court's judgment regarding ACT's trust-fund and payment-bond claims on the Tabor Project is reversed and is remanded to the trial court to determine the appropriate amount of recovery, if any, on those claims. That portion of the trial court's judgment awarding attorney fees to ACT is reversed and is remanded to the trial court to determine the appropriate amount of recovery, if any, on that claim.

We affirm that portion of the trial court's judgment that ACT recover $14,414.20 on its sworn-account, trust-fund, and payment-bond claims on the Reclaimed Water project, and likewise affirm all other rulings and dispositions made in the trial court's judgment.

We further order that appellants, Dudley Construction, LTD., Richard Mark Dudley, and Hartford Fire Insurance Company, pay one-half of the costs of this appeal and that the appellee, ACT Pipe & Supply, Inc., pay one-half of the costs of this appeal.

RENDERED JULY 14, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk